JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RICHARD F PENA,

      Plaintiff

v.

ANDREW SAUL, Acting Commissioner of Social Security,

      Defendant.

Case No: 8:19-cv-00129-MAA

**JUDGMENT**

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of REMAND.

DATE: September 27, 2019

THE HONORABLE MARIA A. AUDERO
United States Magistrate Judge

-1-